# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America
v.
Mason Williams

Case No: 3:20-cr-159

USM No: 47876-509

Date of Original Judgment: 4/05/2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

W. Kelly Johnson/Joshua Carpenter
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 4/05/2022 shall remain in effect.
**IT IS SO ORDERED**.

Signed: December 1, 2023

Kenneth D. Bell
United States District Judge

Effective Date: _____
*(if different from order date)*                    *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Mason Williams
CASE NUMBER: 3:20-cr-159
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: 13 | Amended Total Offense Level: 13 |
| Criminal History Category: V | Criminal History Category: IV |
| Previous Guideline Range: 30 to 37 months | Amended Guideline Range: 24 to 30 months |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

The low end sentence of 30 months was 3553(a) appropriate with 2 status points but a low end sentence of 24 months is not appropriate with only 1 status point. The serious and recent violent offenses in paragraphs 38 and 39 of the PSR (Doc. No. 29) counsel a high end sentence of 30 months absent the additional status point.